UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-60255-CR-PCH

**UNITED STATES OF AMERICA**

v.

**BRYAN SAMUEL BERKMAN,**

    **Defendant.**
_____/

CASE NO. 21-60256-CR-PCH

**UNITED STATES OF AMERICA**

v.

**PHILIP LICHTENFELD,**

    **Defendant.**
_____/

CASE NO. 21-60257-CR-PCH

**UNITED STATES OF AMERICA**

v.

**SERGIO RODRIGO MENDEZ MENDIZABAL,**

    **Defendant.**
_____/

CASE NO. 21-60258-CR-PCH

**UNITED STATES OF AMERICA**

v.

**LUIS BERKMAN,**

    **Defendant.**
_____/

## UNITED STATES OF AMERICA'S MOTION FOR SENTENCE REDUCTION

COMES NOW the United States of America (the "United States") and hereby moves for the following reductions in the sentences of defendants Bryan Samuel Berkman, Philip Lichtenfeld, Sergio Rodrigo Mendez Mendizabal, and Luis Berkman (collectively, the "Defendants"), pursuant to Federal Rule of Criminal Procedure 35, in order to reflect their respective substantial assistance in the prosecution of another:

- Bryan Samuel Berkman: 25%;
- Philip Lichtenfeld: 25%;
- Sergio Rodrigo Mendez Mendizabal: 33%; and
- Luis Berkman: 15%.

In support of this motion, the government states as follows:

1. On approximately September 7, 2021, the Defendants were each charged via Information. Defendants Bryan Berkman and Lichtenfeld were charged with conspiring to commit an offense against the United States, namely, a violation of the Foreign Corrupt Practices Act, 15 U.S.C. § 78dd-2, in violation of 18 U.S.C. § 371. *See, e.g.*, Information, *United States v. Bryan Samuel Berkman*, 21-60255-CR-Huck (S.D. Fla. Sept. 7, 2021). Luis Berkman and Mendez Mendizabal were charged with conspiring to commit money laundering in violation of 18 U.S.C. §§ 1956(h), 1957(a). *See, e.g.*, Information, *United States v. Luis Berkman*, 21-60258-CR-Huck (S.D. Fla. Sept. 7, 2021).

2. On approximately September 28, 2021, the Defendants pled guilty to their respective Informations. *See, e.g.*, Plea Agreement, *United States v. Lichtenfeld*, 21-60256-CR-Huck (S.D. Fla. Sept. 28, 2021).

3. On approximately June 9, 2022, the Court sentenced the Defendants to the following:

- Bryan Samuel Berkman: 28 months of imprisonment, followed by 3 years of supervised release to include 16 months of home confinement.

- Philip Lichtenfeld: 26 months of imprisonment, followed by 3 years of supervised release to include 16 months of home confinement, and a $75,000 fine.

- Sergio Rodrigo Mendez Mendizabal: 42 months of imprisonment, followed by 3 years of supervised release to include 16 months of home confinement.

- Luis Berkman: 38 months of imprisonment, followed by 3 years of supervised release to include 16 months of home confinement.

4. The Defendants have each provided substantial assistance to the government, the circumstances of which can be detailed for the Court at a hearing on this matter.

5. Accordingly, the United States respectfully moves this Court for a reduction in the Defendants' sentences and requests a hearing on the matter.

WHEREFORE based on each defendant's substantial assistance, the United States respectfully recommends that this Court reduce Defendant Bryan Samuel Berkman's sentence by

25%; Defendant Philip Lichtenfeld's sentence by 25%; Defendant Sergio Rodrigo Mendez Mendizabal's sentence by 33%; and Defendant Luis Berkman's sentence by 15%.

|  |  |
|---|---|
| JUAN ANTONIO GONZALEZ<br>UNITED STATES ATTORNEY | Respectfully submitted,<br><br>GLENN S. LEON<br>CHIEF, FRAUD SECTION<br>CRIMINAL DIVISION<br>U.S. DEPARTMENT OF JUSTICE |
| By: *Eli S. Rubin*<br>Eli S. Rubin<br>Assistant United States Attorney<br>Court ID No. A5503535<br>99 N.E. 4th Street<br>Miami, Florida 33132<br>(305) 961-9247<br>Email: Eli.Rubin@usdoj.gov | By: *Jill Simon*<br>Jill Simon<br>Trial Attorney<br>Gerald M. Moody, Jr.<br>Assistant Chief<br>1400 New York Avenue NW<br>Washington, DC 20005<br>(202) 514-3257<br>Email: Jill.Simon@usdoj.gov<br>Email: Gerald.Moody@usdoj.gov |

4

## CERTIFICATE OF SERVICE

      I hereby certify that on November 17, 2022, I electronically filed the foregoing with the Clerk of the Court using CM/ECF for electronic delivery to all counsel of record.

*Eli S. Rubin*
Eli S. Rubin
Assistant United States Attorney